O

FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIEN VAN TRAN,<br><br>　　　　　Defendant. | Case No. SA 14-279M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Oregon, for alleged violation of the terms and conditions of his supervised release; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

Background information unverified due to failure to interview; immigration status unknown; use of multiple identifiers (aliases, SSNs, DOBs); no known bail resource.

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Extensive criminal history.

_____

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: July 28, 2014

DOUGLAS F. McCORMICK
United States Magistrate Judge